IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x
JOE HAND PROMOTIONS, INC.         :

                Plaintiff,         :

            v.                            :    C.A. NO. 1:13-cv-00615 (JEB)

RONALD J. WRIGHT, JR.              :

              Defendant.       :
------------------------------------------------------x

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Based upon a settlement reached between the parties and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Joe Hand Promotions, Inc., and Defendant Ronald J. Wright, Jr., hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own fees and costs.  The parties hereby agree and stipulate that the United States District Court for the District of Columbia shall retain sole jurisdiction and venue for enforcement of the Agreement reached between the parties.

                      Respectfully submitted,

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Malik K. Cutlar, Esq. | William C. Johnson, Jr., Esq. |
| DC Bar #438359 | DC Bar #470314 |
| PCT Law Group, PLLC | Law Offices of William C. Johnson, Jr., Esq. |
| 330 John Carlyle Street | 1101 15th St. NW, Suite 910 |
| Third Floor | Washington, D.C. 20005 |
| Alexandria, VA 22314 | (202) 525-2958 |
| (703) 881-9141 | (202) 431-2650 (fax) |
| (703) 972-9153 (fax) | wjohnson@dcmdconsumerlaw.com |
| mcutlar@pctlg.com | |

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 8th day of April, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

 William C. Johnson , Jr., Esq.
 DC Bar #470314
 1101 15th St., NW
 Suite 910
 Washington, DC 20005
 (T): (202) 525-2958
 (F): (202) 431-2650
 (E): wjohnson@dcmdconsumerlaw.com
 *Attorney for Defendant*


                 /s/
              Malik K. Cutlar, Esq., DC Bar #438359